# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| | Case Number: 8:07-cr-414-T-24EAJ |
| | 8:07-cr-415-T-26TGW |
| ADALBERTO RANGEL | USM Number: 95273-008 |
| | Dionja Dyer, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers One, Two, Three, Four, Five, Six, Seven and Eight of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Failure to submit written monthly reports in violation of condition three of the standard conditions of supervision. | March 2009 |
| 2. | Failure to report in violation of condition three of the standard conditions of supervision. | November 2, 2007 |
| 3. | Positive urinalysis for methamphetamine on August 17, 2007, in violation of condition nine of the standard conditions of supervision. | August 17, 2007 |
| 4. | Positive urinalysis for methamphetamine on October 12, 2007, in violation of condition nine of the standard conditions of supervision. | October 12, 2007 |
| 5. | Use of methamphetamine on October 31, 2007, in violation of condition nine of the standard conditions of supervision. | October 31, 2007 |
| 6. | Failure to submit to urinalysis in violation of condition seventeen of the standard conditions of supervision. | November 2, 2007 |
| 7. | Failure to complete community service, in violation of the special condition. | April 16, 2009 |
| 8. | Travel outside the district without permission, in violation of condition two of the standard conditions of supervision. | March 21, 2009 |

DEFENDANT: ADALBERTO RANGEL
CASE NUMBER: 8:07-CR-414-T-24EAJ
                8:07-CR-415-T-26TGW

The Defendant is found to be in violation of his supervised release, and the Supervised Release is revoked. The defendant is sentenced as provided in pages 3 through _5_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

__April 22, 2009__
Date of Imposition of Judgment

*/s/ Susan C. Bucklew/*
SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

__April 22, 2009__
Date

DEFENDANT: ADALBERTO RANGEL
CASE NUMBER: 8:07-CR-414-T-24EAJ
                     8:07-CR-415-T-26TGW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: *SIX (6) Months as to case number 8:07-cr-414-T-24EAJ and SIX (6) Months as to 8:07-cr-415-T-26 TGW, to run concurrently.*

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    _____ at _____ a.m.   p.m.   on _____.

    _____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    _____ before 2 p.m. on _____.

    _____ as notified by the United States Marshal.

    _____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

 

UNITED STATES MARSHAL

By

DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of *TWELVE (12) Months as to case number 8:07-cr-414-T-24EAJ and TWELVE (12) Months as to 8:07-cr-415-T-26 TGW, to run concurrently*.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year.

__x__    The defendant shall cooperate in the collection of DNA as directed by the probation officer.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

**X**  The defendant shall participate, as directed by the Probation Officer, in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency. This program may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services.

**X**  The defendant is to have no contact with gang members, without the express permission of the Probation Officer.